```
                IN THE UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF ARKANSAS
                          NORTHERN DIVISION
```

TONYA STRICKLAND

VS                              NO. 1:05CV00069 GH

INDEPENDENCE COUNTY, ARKANSAS ET AL

### ORDER

The file in this case reflects that a complaint was filed August 22, 2005 but does not show that the plaintiff has served defendants with process, therefore failing to meet the requirements under the Federal Rules of Civil Procedure, with respect to Rule 4(c) requiring proof of service upon the defendants and (m) requiring a 120 day time limit for service of the summons and complaint.

IT IS ORDERED that the plaintiff, through her counsel, serve the complaint on the defendant and file an affidavit of service on or before January 3, 2006.  If no affidavit is filed on or before January 3, 2006, an order of dismissal without prejudice will be entered by the Court for defendants for failure to prosecute.

Dated: December 21, 2005

```
                         AT THE DIRECTION OF THE COURT

                         JAMES W. MCCORMACK, CLERK

                    BY:  /s/ Patricia L. Murray
                         COURTROOM DEPUTY CLERK
```