IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN   DIVISION

TONYA STRICKLAND

VS                    NO.  1:05CV00069 GH

INDEPENDENCE COUNTY, ARKANSAS  ET AL

## **ORDER**

The Court having been advised that the above cause of action has been settled, it is hereby dismissed with prejudice.  If any party desires that the terms of the settlement become a part of the record herein, they should be reduced to writing and filed with the Court within 30 days of this order.

DATED: NOVEMBER 21, 2006

                                        AT THE DIRECTION OF THE COURT

                                        JAMES W. MCCORMACK, CLERK


                                        BY: /s/ Patricia L. Murray
                                              COURTROOM DEPUTY CLERK